UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20309-CIV-COOKE/GOODMAN

LEONARDO DAVID TOLEDO,

    Plaintiff,

v.

VIOSS VISION, INC., *et al.*,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FLORIDA FORM 1.977 FACT INFORMATION SHEETS FROM DEFENDANTS

Plaintiff filed a Motion to Compel Fact Information Sheets pursuant to Florida Rules of Civil Procedure 1.560 and 1.977. [ECF No. 53]. United States District Court Judge Marcia G. Cooke referred the motion to the Undersigned. [ECF No. 56].

After having reviewed the motion, the pleadings, and being otherwise duly advised in the premises, the Court **grants** Plaintiff's Motion to Compel Florida Form 1.977 Fact Information Sheets from Defendants. Defendants Vioss Vision, Inc., Vioss Electronics, Inc., and Jose S. Rivero shall complete form 1.977 (attached as Exhibits 1, 2, and 3 to Plaintiff's motion [ECF No. 53]) and provide the completed forms with all supporting documentation to Plaintiff's counsel on or before December 2, 2019.

Failure to comply with this Order may result in the Court finding Defendants in contempt of Court.

**DONE** and **ORDERED** in Chambers, in Miami, Florida, October 31, 2019.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All Counsel of Record